United States Court of Appeals
Fifth Circuit

**F I L E D**

**February 14, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

---

No. 05-20283
Conference Calendar

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

SERGIO GALINDO MARTINEZ, also known as Jorge Navarrete
Galindo,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:03-CR-144-3
--------------------

Before BARKSDALE, GARZA, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Sergio Galindo Martinez
has requested leave to withdraw and has filed a brief as required
by Anders v. California, 386 U.S. 738 (1967). Galindo Martinez
has not filed a response. Our independent review of the brief
and the record discloses no nonfrivolous issues for appeal.
Counsel's motion for leave to withdraw is GRANTED, counsel is
excused from further responsibilities, and the APPEAL IS
DISMISSED. See 5TH CIR. R. 42.2.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.